IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BLUECREST CAPITAL INTERNATIONAL MASTER FUND LIMITED, in Voluntary Liquidation,<br><br>   Plaintiff,<br><br>  v.<br><br>OMNIGUIDE, INC.,<br><br>   Defendant. | No. 22-cv-1437<br><br>Hon. Mary M. Rowland |

**AGREED MOTION FOR ENTRY OF CONSENT JUDGMENT UNDER SEAL**

Plaintiff, BlueCrest Capital International Master Fund Limited, in Voluntary Liquidation ("**Plaintiff**"), and Defendant OmniGuide, Inc. ("**Defendant**"), by and through their respective attorneys, pursuant to Local Rule 26.2, jointly move this honorable Court for entry of a consent judgment under seal and to retain jurisdiction to enforce the terms and conditions of the parties' settlement agreement and the consent judgment. In support of this agreed motion, the parties state:

1. On March 18, 2022, Plaintiff filed this lawsuit against the Defendant.

2. On August 4, 2022, after having engaged in informal settlement discussions, the parties agreed to proceed with private mediation. The mediation occurred on October 20, 2022 with the Hon. James F. Holderman (Ret.) through JAMS.

3. During the private mediation, the parties reached a settlement.

4. On October 24, 2022, the parties entered into a confidential written Settlement Agreement and Mutual Release, the terms of which required, *inter alia*, entry of a consent judgment against the Defendant under seal (the "**Agreement**").

5.	Pursuant to Local Rule 26.2(b), good cause exists for entry of the consent judgment under seal because (a) the parties' settlement is contingent upon the entry of the consent judgment, (b) the parties' have agreed to terms of settlement and the consent judgment on the condition that it be filed under seal, and (c) the consent judgment is subject to being vacated if the Defendant complies with all terms of the consent judgment and the parties' Agreement.

6.	Accordingly, pursuant to Local Rule 26.2(b), the parties jointly move this Court for entry of a sealing order directing that the consent judgment be filed under seal with the limited descriptive notation "Sealed Order."

7.	The parties also move this Court to retain jurisdiction to enforce the terms of the Agreement and the Consent Judgment.

8.	Pursuant to Local Rule 26.2(c), the parties will provisionally file the consent judgment under seal.

WHEREFORE, Plaintiff and Defendant respectfully move this honorable Court for entry of the consent judgment under seal, to retain jurisdiction to enforce the terms and conditions of the parties' settlement agreement and the consent judgment and for such other and further relief as this Court deems just and proper.

Dated:  October 28, 2022

Respectfully submitted,

| **BLUECREST CAPITAL INTERNATIONAL MASTER FUND LIMITED, in Voluntary Liquidation** | **OMNIGUIDE, INC.** |
|---|---|
| By: */s/ Antonio DeBlasio, Esq.* <br> Plaintiff's Counsel | By: */s/ Dylan J. Liddiard* <br> Defendant's Counsel |
| Antonio DeBlasio <br> DeBlasio & Gower LLC <br> 2001 Midwest Road, Suite 100 <br> Oak Brook, Illinois 60523 <br> T: (630) 560-1124 <br> E: deblasio@DGLLC.net | Dylan J. Liddiard (Lead Counsel) <br> Wilson Sonsini Goodrich & Rosati <br> 650 Page Mill Road <br> Palo Alto, CA 94304-1050 <br> T: (650) 565-3535 <br> E: dliddiard@wsgr.com |

## CERTIFICATE OF SERVICE

The undersigned attorney, hereby certifies that on October 28, 2022, he served the foregoing **Agreed Motion for Entry of Consent Judgment Under Seal** via the CM/ECF system maintained by the Clerk of the U.S. District Court upon the counsel of record for the parties as indicated below:

**Counsel for Defendant, OmniGuide, Inc.**

| | |
|---|---|
| Dylan J. Liddiard (Lead Counsel) | Danielle J. Gould (Local Counsel) |
| Wilson Sonsini Goodrich & Rosati | Burke Warren Mackay & Serritella P.C. |
| 650 Page Mill Road | 330 N. Wabash Ave., 21st Floor |
| Palo Alto, CA 94304-1050 | Chicago, IL 60611-3607 |
| T: (650) 565-3535 | T: (312) 840-7000 |
| E: dliddiard@wsgr.com | E: dgould@burkelaw.com |

  /s/ *Antonio DeBlasio, Esq.*
Attorney for Plaintiff, BlueCrest Capital International Master Fund Limited, in Voluntary Liquidation